UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUY T. MITCHELL, | ) | FILED: JUNE 3, 2008 |
| | ) | 08CV3193         TG |
| Plaintiff, | ) | JUDGE GUZMAN |
| | ) | No.  MAGISTRATE JUDGE COLE |
| v. | ) | |
| | ) | Pending in the United States District Court |
| CARBON CAPITAL II, INC., | ) | for the Southern District of New York |
| | ) | bearing Case No. 08 Civ. 4319 (JES) |
| Defendant. | ) | |

### GUY T. MITCHELL'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO HYATT CORPORATION AND HYATT EQUITIES, L.L.C.

Plaintiff Guy T. Mitchell respectfully requests that this Court grant his Motion to Compel Compliance with Subpoenas requesting documents issued to nonparties Hyatt Corporation and Hyatt Equities, L.L.C. (collectively, "Hyatt"). In support of his motion, Mitchell submits the accompanying Memorandum of Law and the attached Declaration of Jonathan N. Francis and its exhibits.

For the reasons set forth in the accompanying memorandum, Plaintiff Guy T. Mitchell requests that this Court enter an order compelling Hyatt to comply with the subpoenas' requests for production of documents, as such requests have been modified in order to eliminate any undue burden on Hyatt. As detailed in the attached Declaration, despite numerous consultations by counsel to negotiate the terms of Hyatt's production, Mitchell and Hyatt are unable to reach accord.

Dated: June 3, 2008 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　GUY T. MITCHELL

　　　　　　　　　　　　　　　　　　　By:　s/ Peter S. Roeser
　　　　　　　　　　　　　　　　　　　　　　One of His Attorneys

Peter S. Roeser
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
proeser@grippoelden.com

Of counsel:
H. Peter Haveles, Jr.
Jonathan N. Francis
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

## CERTIFICATE OF SERVICE

I, Peter S. Roeser, an attorney, certify that on June 3, 2008, I caused a true and complete copy of the foregoing **GUY T. MITCHELL'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO HYATT CORPORATION AND HYATT EQUITIES, L.L.C.** to be served by messenger delivery upon the following:

> Nicholas P. Crowell
> Isaac S. Greaney
> Alex J. Kaplan
> SIDLEY AUSTIN LLP
> 787 Seventh Avenue
> New York, NY  10019
>
> Darrell J. Graham
> The Law Office of Darrell J. Graham, LLC
> 53 West Jackson Boulevard
> Suite 1334
> Chicago, IL  60604

s/ Peter S. Roeser
Peter S. Roeser