UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUY T. MITCHELL, | ) | |
| | ) | No. 08-cv-3193 |
| Plaintiff, | ) | |
| | ) | Pending in the United States District Court |
| v. | ) | for the Southern District of New York |
| | ) | bearing Case No. 08 Civ. 4319 (JES) |
| CARBON CAPITAL II, INC., | ) | |
| | ) | Judge Guzman |
| Defendant. | ) | Magistrate Judge Cole |

### NOTICE OF MOTION

To:  Nicholas P. Crowell         Darrell J. Graham              Phillip Shatz
     Isaac S. Greaney            The Law Office of              McCabe & Mack LLP
     Alex J. Kaplan                 Darrell J. Graham, LLC      63 Washington Street
     SIDLEY AUSTIN LLP           53 West Jackson Boulevard      P.O. Box 509
     787 Seventh Avenue          Suite 1334                     Poughkeepsie, NY 12602
     New York, NY 10019          Chicago, IL 60604

PLEASE TAKE NOTICE, that on Thursday, June 5, 2008, at 9:30 a.m. we shall appear before the Honorable Ronald Guzman or any judge sitting in his stead in Room 1219 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF GUY T. MITCHELL'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO HYATT CORPORATION AND HYATT EQUITIES, L.L.C.**, a copy of which is hereby served upon you.

Dated: June 3, 2008                    Respectfully submitted,

                                       GUY T. MITCHELL

                            By:        s/ Peter S. Roeser
                                       One of His Attorneys

- 2 -

Peter S. Roeser
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
proeser@grippoelden.com

Of counsel:
H. Peter Haveles, Jr.
Jonathan N. Francis
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

## CERTIFICATE OF SERVICE

I, Peter S. Roeser, an attorney, certify that on June 3, 2008, I caused a true and complete copy of the foregoing **NOTICE OF MOTION** to be served by messenger delivery upon the following:

> Nicholas P. Crowell
> Isaac S. Greaney
> Alex J. Kaplan
> SIDLEY AUSTIN LLP
> 787 Seventh Avenue
> New York, NY 10019
>
> Darrell J. Graham
> The Law Office of Darrell J. Graham, LLC
> 53 West Jackson Boulevard
> Suite 1334
> Chicago, IL 60604

and by email transmission upon the following:

> Phillip Shatz
> McCabe & Mack LLP
> 63 Washington Street
> P.O. Box 509
> Poughkeepsie, NY 12602
> pshatz@mccm.com

s/ Peter S. Roeser
Peter S. Roeser