UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUY T. MITCHELL, ) | |
| ) | No. 08 CV 3193 |
| Plaintiff, ) | |
| ) | Pending in the United States District Court |
| v. ) | for the Southern District of New York |
| ) | bearing Case No. 08 Civ. 4319 (JES) |
| CARBON CAPITAL II, INC., ) | |
| ) | Judge Guzman |
| Defendant. ) | Magistrate Judge Cole |

### NOTICE OF EMERGENCY MOTION

To: Nicholas P. Crowell   Darrell J. Graham        Phillip Shatz
    Isaac S. Greaney      The Law Office of        McCabe & Mack LLP
    Alex J. Kaplan            Darrell J. Graham, LLC   63 Washington Street
    SIDLEY AUSTIN LLP     53 West Jackson Boulevard P.O. Box 509
    787 Seventh Avenue    Suite 1334               Poughkeepsie, NY 12602
    New York, NY 10019    Chicago, IL 60604

PLEASE TAKE NOTICE, that on Friday, June 6, 2008, at 8:30 a.m. we shall appear before the Honorable Jeffrey Cole or any magistrate judge sitting in his stead in Room 1838 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF GUY T. MITCHELL'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO HYATT CORPORATION AND HYATT EQUITIES, L.L.C.,** a copy of which is hereby served upon you.

Dated: June 5, 2008                                Respectfully submitted,

                                                   GUY T. MITCHELL

                                       By:  s/ Peter S. Roeser
                                            One of His Attorneys

- 2 -

Peter S. Roeser
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
proeser@grippoelden.com

Of counsel:
H. Peter Haveles, Jr.
Jonathan N. Francis
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000

## CERTIFICATE OF SERVICE

I, Peter S. Roeser, an attorney, certify that on June 5, 2008, I caused a true and complete copy of the foregoing **NOTICE OF EMERGENCY MOTION** to be served by messenger delivery upon the following:

>Nicholas P. Crowell
>Isaac S. Greaney
>Alex J. Kaplan
>SIDLEY AUSTIN LLP
>787 Seventh Avenue
>New York, NY  10019
>
>Darrell J. Graham
>The Law Office of Darrell J. Graham, LLC
>53 West Jackson Boulevard
>Suite 1334
>Chicago, IL  60604

and by email transmission upon the following:

>Phillip Shatz
>McCabe & Mack LLP
>63 Washington Street
>P.O. Box 509
>Poughkeepsie, NY 12602
>pshatz@mccm.com

s/ Peter S. Roeser<br>
Peter S. Roeser