UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Guy T. Mitchell
                               Plaintiff,

v.                                                      Case No.: 1:08−cv−03193
                                                           Honorable Ronald A. Guzman

Carbon Capital II, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Jeffrey Cole: Motion hearing held. Mr. Mitchell's emergency motion to compel compliance with subpoenas issued to Hyatt Corp. and Hyatt Equities, LLC [7] is granted as to the modified subpoena as discussed at the hearing on the motion. The production by Hyatt shall be on a continuous and rolling basis and must be completed not later than Monday, June 16, 2008. The parties shall agree on an appropriate "attorneys eyes only protective order." Hyatt shall have the choice of signing on to the protective order in place in Carbon Capital II, Inc. v. Royal Palm Senior Investors LLC and Guy T. Mitchell, 08 CIV 3660, presently pending in the Southern District of NY, or may submit a separate protective order to the court here. Mr. Francis and Mr. Roser, counsel for Guy T. Mitchell, have acted with as great a degree of dispatch in prosecuting the emergency motion as was possible under the circumstances. Although they have voiced concerns about allowing Hyatt 10 days to comply in light of the discovery schedule set in the Southern District, it appears, based on Hyatt's representations, which I credit, that production cannot be completed sooner than that. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.