UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Guy T. Mitchell
                Plaintiff,

v.                                      Case No.: 1:08−cv−03193
                                            Honorable Ronald A. Guzman

Carbon Capital II, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Hyatt has moved for an additional 7 days in which to complete the production required by my order of 6/6/08 [12]. Mr. Mitchell has voiced concerns over the requested extension in light of the present scheduling of the case in the Southern District of New York. Counsel for Hyatt has represented that production will begin 6/13/08 and will continue on a rolling basis. He has represented, however, that Hyatt cannot comply fully within the time set by the order of 6/6/08. In light of that representation, the request for a 7 day extension until 6/23/08 is granted. No further extensions will be granted for any reason. Mailed notice.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.